```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EASY CORNER, INC., | : | CIVIL ACTION |
| | : | NO. 14-1053 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| STATE NATIONAL INSURANCE | : | |
|     CO., INC., | : | |
| | : | |
|     Defendant. | : | |

### O R D E R

**AND NOW**, this **3rd** day of **November, 2014**, for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

(1) On **Count I** (Breach of Contract), Defendant's Motion for Summary Judgment is **GRANTED** as to any claims of loss from theft and is **DENIED** as to the balance of Plaintiff's breach of contract claims.

(2) On **Count II** (Bad Faith), Defendant's Motion for Summary Judgment is **GRANTED**.

    **AND IT IS SO ORDERED.**

                                                         **/s/ Eduardo C. Robreno**
                                                         **EDUARDO C. ROBRENO,   J.**