IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EASY CORNER, INC., | : | CIVIL ACTION |
| | : | NO. 14-1053 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE NATIONAL INSURANCE CO., INC., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **6th** day of **January, 2016,** it is hereby **ORDERED** that Defendant's Motion to Exclude Expert Testimony (ECF No. 22) is **DENIED** as moot.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1